UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JOSHUA MCGIBONEY,

        Plaintiff,

vs.

DAVID AGLER, M.D.

        Defendant.

Case No.1:13-cv-00214-REB

**JUDGMENT ON JURY VERDICT**

      This action came before the Court for a jury trial on November 7 through 10, 2016, with the Honorable Ronald E. Bush presiding. The issues were duly tried and the jury returned its special verdict and found for the Plaintiff.

      Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Plaintiff, Joshua McGiboney is awarded Eleven Thousand Dollars ($11,000.00) in compensatory damages, and Twenty-Five Thousand Dollars ($25,000.00) in punitive damages, for a total of THIRTY SIX THOUSAND DOLLARS ($36,000.00), to recover from Defendant David Agler, M.D., together with interest and costs as allowed by law.

      **SO ORDERED.**

DATED:  November 14, 2016

*[signature]*

**Honorable Ronald E. Bush**
**Chief U. S. Magistrate Judge**